UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO  DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                  CASE NO.   6:05-CV-959-ORL-31JGG

MARISOL SALVA,

      Defendant.

_____/

## CONSENT JUDGMENT

This matter is before the Court upon the consent of the parties (Doc. 9) and it appearing to the Court, by the parties' consent hereto, that:

l.      This Court has jurisdiction over the parties as well as over the subject matter of this action;

2.      Defendant is indebted to Plaintiff for the reasons set forth in the Complaint; and

3.      The parties desire to terminate this action.

WHEREFORE,  judgment is hereby entered in favor of Plaintiff, United States of America, and against Defendant, Marisol Salva, in the following amounts:

a.      COUNT ONE:  Principal in the amount of $10,913.43, interest in the amount of $13,254.69, as of December 30, 2004, costs in the amount of $82.92, plus interest thereafter at the rate of 7 percent per annum until the date of this judgment;

b.      COUNT TWO:  Principal in the amount of $528.65, interest in the amount of $641.34, as of December 30, 2004, costs in the amount of $4.08, plus interest thereafter at the rate of 7 percent per annum until the date of this judgment;

      c.      COUNT THREE:  Principal in the amount of $900, interest in the amount of $761.61, as of December 30, 2004, plus interest thereafter at the rate of 5 percent per annum until the date of this judgment;

      d.      COUNT FOUR:  Principal in the amount of $2,200, interest in the amount of $1,028.56, as of December 30, 2004, plus interest thereafter at the rate of 3 percent per annum until the date of this judgment;

      e.      Interest from the date of judgment on the amounts set forth above at the legal rate until paid in full; and

      f.      Costs of litigation otherwise allowed by law.

**DONE** and **ORDERED** at Orlando, Florida, on February 8, 2006.

                                 GREGORY A. PRESNELL
                            UNITED STATES DISTRICT JUDGE

Copies:      Patricia A. Willing
            Assistant United States Attorney

            Marisol Salva
            Lake Mary, Florida 32746